UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No: 7:18-CV-151-BO

| | | |
|---|---|---|
| LOVERN WASHINGTON, | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| NANCY A. BERRYHILL, | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's failure to respond to the Clerk of Court's Notice to Plaintiff of Failure to Make Service Within 90 days [DE 5]. In the notice, plaintiff was specifically warned that pursuant to 4(m), her claims against defendant would be dismissed without prejudice unless she could demonstrate, within 14 days of the receipt of the notice, good cause why service was not made on the defendant within 90 days following the filing of the complaint. *See id.* The deadline set forth in the notice has passed, and the Court has received no response from plaintiff.

Accordingly, plaintiff's claims against Nancy A. Berryhill are dismissed without prejudice for failure to make timely service in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. The clerk is DIRECTED to close the case.

SO ORDERED, this 13 day of December, 2018.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE